MAUD HERT, APPELLANT, V. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, APPELLEE.

17 N. W. 2d 471

FILED FEBRUARY 2, 1945. No. 31829.

*Russell C. Anderson* and *Clinton Brome,* for appellant.

*Gray & Brumbaugh, contra.*

Heard before SIMMONS, C. J., PAINE, CARTER, MESSMORE, YEAGER, CHAPPELL and WENKE, JJ.

CHAPPELL, J.

The material facts and applicable law in this case are identical in every respect with that in *Cutrell v. John Hancock Mutual Life Ins. Co.,* No. 31828, *ante,* p. 550, 17 N. W.

2d 465, and the decision herein is governed thereby. Therefore, the judgment is reversed and the cause is remanded for a new trial.

REVERSED.